The People of the State of Illinois ex rel. Stella Kozinski, appellee, v. John Sporny, appellant. Gen. No. 25,337.

Bastardy proceedings. Judgment against defendant. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed April 30, 1920.

John J. Poulton, Thomas A. Green and Roy C. Merrick, for appellant. Maclay Hoyne, Edward E. Wilson and John F. Cashen, Jr., for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Victor Chemical Works, appellant, v. Ellsworth Iliff et al., appellees. Gen. No. 24,751.

Bill for an injunction restraining disclosure of secret methods of manufacture of phosphate. Bill dismissed. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded with instructions. Opinion filed April 30, 1920.

Cassoday, Butler, Lamb, Foster & Pope, for appellant; Russell Wiles, Cornelius Lynde, Herbert Pope, Harry Eugene Kelly and Fletcher Lewis, of counsel. Lindhout & Lindhout and Donald H. Mann, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Claude W. Morris, appellee, v. Glen Oak Cemetery Company, appellant. Gen. No. 25,013.

Action on a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed with finding of fact. Opinion filed April 30, 1920.

Jeffery, Campbell & Clark, for appellant; Stephen A. Cross, of counsel. Claude F. Smith and Willard J. Dixon, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Frank McKey, trustee in bankruptcy of Arthur B. McCoid, appellee, v. Arthur B. McCoid and Anna L. McCoid, appellants. Gen. No. 25,037.

Creditor's bill to subject real estate of debtor's wife to a lien. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed in part and reversed in part with directions for modification. Opinion filed April 30, 1920.

H. C. Rumery and Spencer Ward, for appellants. Moses, Rosenthal & Kennedy, for appellee; Julius Moses and Hirsch E. Soble, of counsel.

Mr. Justice Barnes delivered the opinion of the court.